Case 2:22-cr-00226-DJC   Document 20   Filed 10/25/22   Page 1 of 1

FILED
October 25, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL CARDENAS<br><br>Defendant. | Case No. 2:22-mj-0147 JDP-3<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DANIEL CARDENAS</u> Case No. <u>2:22-mj-0147 JDP-3</u> Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

   x     Secured Appearance Bond $   $50,000.00

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other): \_

Issued at Sacramento, California on October 25, 2022 at 2:00 PM

By: _____
Magistrate Judge Edmund F. Brennan