| | |
|---|---|
| 1 | LAW OFFICE OF TODD D. LERAS |
| 2 | Todd D. Leras, CA SBN 145666 |
|   | 455 Capitol Mall, Suite 802 |
| 3 | Sacramento, CA 95814 |
|   | Telephone: (916) 504-3933 |
| 4 | Attorney for Defendant |
| 5 | DANIEL CARDENAS |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-0226 DJC |
| Plaintiff, | **STIPULATION AND ORDER SETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| DANIEL CARDENAS, and VICTOR RIOS-BELTRAN, | Date: April 24, 2025 |
| Defendants. | Time: 9:00 a.m. |
| | Court: Hon. Daniel J. Calabretta |

1. This matter is presently set for a status conference on April 24, 2025. By this stipulation, Defendants Daniel Cardenas and Victor Rios-Beltran request to continue the status conference to May 29, 2025, at 9:00 a.m.  The reason for the request is to allow defense counsel to complete defense investigation targeted at addressing matters in controversy between the parties in pending resolution proposals.  Defense counsel believe that completion of this investigation increases the possibility of settling this case without the need for a jury trial.

1

STIPULATION & ORDER
CONTINUING STATUS CONFERENCE

2. This case involves distribution of heroin and methamphetamine in San Joaquin, Sutter, Butte Counties, and elsewhere in California. Investigation of the matter took place during a nearly two and one-half-year period. The investigation included controlled purchases of substances supervised by law enforcement.

3. The original prosecutor assigned during investigation and early prosecution of this matter left the United States Attorney's Office for another position with the State of California.

4. The government has produced discovery consisting of more than 1,000 pages of material, including approximately 550 native files consisting of photographs, video and audio recordings, Excel Spreadsheets, and other items relevant to investigation of the matter. Some of the recordings are in Spanish. The current prosecutor has diligently responded to requests for supplemental discovery materials. He has also provided both defendants with proposed settlement agreements.

5. Spanish is the principal language spoken by Defendant Rios-Beltran. Defendant Rios Beltran also requires a Spanish language interpreter to assist in court proceedings.

6. On April 2, 2025, defense counsel Dina Santos was involved in a major rollover car accident after being hit by a suspected drunk driver while enroute to visit a client held in detention at the Nevada County Jail. As a result of injuries sustained in the accident, Ms. Santos' physician has advised her to avoid work until at least April 28, 2025. The requested date for the next status conference provides her with sufficient time to meet with Mr. Rios Beltran after she is able to return to work.

7. The parties note that they appeared in person for a status conference before the Court within the past six months - on January 23, 2025. All parties acknowledge that, consistent with Judge Calabretta's practice, they anticipate appearing before the Court at the next requested status conference date.

8. Given the volume of discovery in the case, the language barrier, the geographical area where the relevant conduct occurred, Ms. Santos' recovery from her injuries, and the

STIPULATION & ORDER SETTING STATUS
CONFERENCE AND EXCLUDING TIME                 2

pending defense investigation as to matters in dispute related to the pending settlement agreements, defense counsel for Defendants Cardenas and Rios Beltran represent and believe that additional time is necessary for defense preparation. Defense counsel therefore request to set a status conference before this Court on May 29, 2025. The government does not oppose the request.

9. Based on the above-stated facts, Defendants request the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the period from April 24, 2025, up to , 2024, May 29, 2025 is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

10. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Assistant U.S. Attorney David Spencer and Attorney Dina Santos have reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on their behalf.

Dated: April 18, 2025              */s/ Dina L. Santos*
                                   _____
                                   DINA L. SANTOS
                                   Attorney for Defendant
                                   VICTOR RIOS-BELTRAN
                                   (Per email authorization)

Dated: April 18, 2025              */s/ Todd Leras*
                                   _____
                                   TODD LERAS
                                   Attorney for Defendant
                                   DANIEL CARDENAS

Dated: April 18, 2025

MICHELLE BECKWITH
Acting United States Attorney

By: */s/ David Spencer*
DAVID SPENCER
Assistant United States Attorney
(Per email authorization)

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the status conference set for April 24, 2025, is vacated. A new status conference is scheduled for May 29, 2025, at 9:00 a.m.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from April 24, 2025, up to and including May 29, 2025.

IT IS SO ORDERED.

Dated: April 18, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE