# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** <br> **vs.** <br><br> Aispuro-Quinonez et al | ) <br> ) <br> )    **Case No. 2:22-CR-226-DJC-3** <br> ) <br> ) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Daniel Cardenas_____ , have discussed with _____Julian Aguilar_____ , Pretrial Services Officer, modifications of my release conditions as follows:

Remove the following condition of release:

10. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

11. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

Reason for modification: According to the defendant's counselor, the defendant has been able to remain abstinent from illicit substance abuse and develop a lifestyle and coping skills which does not involve the use of controlled substances, and a support system to aid his sobriety. The defendant has continued to test negative for controlled substances since the start of his supervision of November 2022. All parties have been notified and are in agreement of removing the above listed condition of release.

Pretrial Services concurs with the modification.   All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| | | | |
|---|---|---|---|
| _signature_ | 5-12-25 | _signature_ | 5/12/25 |
| Signature of Defendant | Date | Signature of Pretrial Services Officer | Date |

I have reviewed the conditions and concur that this modification is appropriate.

| | |
|---|---|
| _signature_ | 5/15/25 |
| Signature of Assistant U.S. Attorney | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| | |
|---|---|
| _signature_ | 5-13-2025 |
| Signature of Defense Counsel | Date |

**CONSENT TO MODIFY CONDITIONS OF RELEASE**
**Cardenas, Daniel**
Page 2

_Marie E Cardenas_ ___5/12/25___
Signature of Third-Party Custodian        Date

I am aware of the modification to the defendant's conditions of release and agree to continue to serve as a surety.

_Marie E Cardenas_ ___5/12/25___
Signature of Surety        Date

## ORDER OF THE COURT

[X]  The above modification of conditions of release is ordered, to be effective on ___May 15, 2025___

[ ]  The above modification of conditions of release is *not* ordered.

May 15, 2025

Dated: Click here to enter a date.

_Chi Soo Kim_
Chi Soo Kim
UNITED STATES MAGISTRATE JUDGE