LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
DANIEL CARDENAS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-0226 DJC |
| Plaintiff, | **STIPULATION AND ORDER SETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| DANIEL CARDENAS, and VICTOR RIOS-BELTRAN, | Date:  May 29, 2025 |
| Defendants. | Time:  9:00 a.m. |
| | Court:  Hon. Daniel J. Calabretta |

1. This matter is presently set for a status conference on May 29, 2025. By this stipulation, Defendants Daniel Cardenas and Victor Rios-Beltran request to continue the status conference to July 10, 2025, at 9:00 a.m.  It is anticipated that Defendant Daniel Cardenas' matter may resolve through a negotiated disposition on July 10.

2. The government and counsel for Daniel Cardenas are exchanging information which both parties believe will be helpful in finalizing the terms of a pending plea agreement.  Counsel for both Defendants request additional time to complete defense

1

investigation in support of the proposed plea agreement changes.

3. This case involves distribution of heroin and methamphetamine in San Joaquin, Sutter, Butte Counties, and elsewhere in California. Investigation of the matter took place during a nearly two and one-half-year period. The investigation included controlled purchases of substances supervised by law enforcement.

4. The government has produced discovery consisting of more than 1,000 pages of material, including approximately 550 native files consisting of photographs, video and audio recordings, Excel Spreadsheets, and other items relevant to investigation of the matter. Some of the recordings are in Spanish.

5. The original prosecutor assigned during investigation and early prosecution of this matter left the United States Attorney's Office for another position with the State of California.

6. The current prosecutor has presented proposed plea agreements to both Defendants. Counsel for Defendant Daniel Cardenas has met and conferred with government counsel regarding potential changes to the pending plea agreement. The government is receptive to the changes and has requested supplemental information in support of the requested changes. Defendant Daniel Cardenas requires additional time to prepare the requested supplemental information and conduct any necessary follow-up investigation.

7. Spanish is the principal language spoken by Defendant Rios Beltran. Defendant Rios Beltran also requires a Spanish language interpreter to assist in court proceedings.

8. On April 2, 2025, defense counsel Dina Santos was involved in a major rollover car accident after being hit by a suspected drunk driver while enroute to visit a client held in detention at the Nevada County Jail. As a result of injuries sustained in the accident, Ms. Santos' physician advised her to avoid work until at least April 28, 2025. Ms. Santos has returned to work and is now clearing the backlog in her other matters which result from her being unexpectedly sidelined from work for nearly a month. She requires additional time to meet with her client and conduct additional defense investigation as to his matter.

9. The parties note that they appeared in person for a status conference before the Court

within the past six months - on January 23, 2025.  They anticipated appearing in person on May 29, 2025.  However, given the potential for resolution as to Daniel Cardenas' matter and the unusual situation posed by Ms. Santos' temporary medical necessity to avoid work, the parties believe that this case presents unusual circumstances as to this continuance request.  All parties acknowledge that, consistent with Judge Calabretta's practice, they will be required to appear before the Court on July 10, 2025.

10. Given the volume of discovery in the case, the language barrier as to Defendant Rios Beltran, the geographical area where the relevant conduct occurred, Ms. Santos' recovery from her injuries, the status of settlement negotiations, and the pending defense investigation as to matters which are likely to result in a resolution of Defendant Cardenas' matter, counsel for Defendants Cardenas and Rios Beltran represent and believe that additional time is necessary for defense preparation.  defense counsel therefore jointly request to set a status conference before this Court on July 10, 2025.  The government does not oppose the request.

11. Based on the above-stated facts, Defendants request the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.  For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the period from May 29, 2025, up to and including July 10, 2025, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION & ORDER SETTING STATUS
CONFERENCE AND EXCLUDING TIME            3

12. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Assistant U.S. Attorney David Spencer and Attorney Dina Santos have reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on their behalf.

Dated:  May 23, 2025          /s/ Dina L. Santos
                              _____
                              DINA L. SANTOS
                              Attorney for Defendant
                              VICTOR RIOS-BELTRAN
                              (Per email authorization)

Dated: May 23, 2025           /s/ Todd Leras
                              _____
                              TODD LERAS
                              Attorney for Defendant
                              DANIEL CARDENAS

Dated:  May 23, 2025          MICHELLE BECKWITH
                              Acting United States Attorney

                              /s/ David Spencer
                         By:  _____
                              DAVID SPENCER
                              Assistant United States Attorney
                              (Per email authorization)

STIPULATION & ORDER SETTING STATUS
CONFERENCE AND EXCLUDING TIME          4

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the status conference set for May 29, 2025, is vacated. A new status conference is scheduled for July 10, 2025, at 9:00 a.m.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from May 29, 2025, up to and including July 10, 2025.

IT IS SO ORDERED.

Dated: May 23, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE