MICHELE BECKWITH
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL CARDENAS, and<br>VICTOR RIOS-BELTRAN,<br><br>Defendants. | CASE NO. 2:22-CR-226-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 10, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

1. By previous order, this matter was set for status on July 10, 2025.

2. By this stipulation, defendants now move to continue the status conference until August 7, 2025, at 9:00 a.m., and to exclude time between July 10, 2025, and August 7, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 2,500 pages of documents, including law enforcement reports, photographs, and translations of recordings, as well as numerous video and audio recordings in Spanish. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants desire additional time to review the discovery, conduct

factual investigation and legal research, consult with their clients regarding potential responses to the charges, and otherwise prepare for trial.  Counsel for defendant Cardenas anticipates a change of plea hearing on August 7, 2025.  Counsel for defendant Rios-Beltran anticipates resolution in the near future as well.  However, counsel for both defendants need more time to review their clients' options with them.  While this includes finalizing plea discussions with the government, this defense work will also be essential to defense counsel's preparation for trial in the event either or both defendants elect to go to trial.

      c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 10, 2025 to August 7, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 8, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | /s/ DAVID W. SPENCER<br>DAVID W. SPENCER<br>Assistant United States Attorney |
| Dated: July 8, 2025 | /s/ Todd Leras<br>Todd Leras<br>Counsel for Defendant<br>DANIEL CARDENAS |
| Dated: July 8, 2025 | /s/ Dina Santos<br>Dina Santos<br>Counsel for Defendant<br>VICTOR RIOS-BELTRAN |

**ORDER**

IT IS SO FOUND AND ORDERED this 8th day of July, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE