1 | LAW OFFICE OF TODD D. LERAS
2 | Todd D. Leras, CA SBN 145666
3 | 455 Capitol Mall, Suite 802
    | Sacramento, California 95814
4 | (916) 969-9370
    | toddleras@gmail.com
5 | Attorney for Defendant
    | DANIEL CARDENAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>DANIEL CARDENAS,<br><br>             Defendant. | Case No.: 2:22-cr-0226 DJC<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:    Hon. Daniel J. Calabretta<br>Date:     December 4, 2025<br>Time:    9:00 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney David Spencer and Attorney Todd D. Leras on behalf of Defendant Daniel Cardenas, submit this request to continue the date presently set for Judgment and Sentencing in the above-referenced matter from December 4, 2025 to February 26, 2026.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

Defendant is released on pre-trial conditions to his family home in Stockton.  In early October 2025, Mr. Cardenas was hospitalized due to a serious medical emergency.  He was therefore unavailable to participate in a probation interview. Defense counsel therefore requires additional time to prepare for the Sentencing Hearing.  The government does not object to the requested continuance.  The assigned probation officer has confirmed her availability on the requested date.  The government, defense counsel, and the probation officer propose adjustment of the previously set disclosure schedule as follows:

1. Draft Pre-Sentence Investigation Report Disclosure Date:  January 15, 2026;

2. Informal Objections to Draft Pre-Sentence Report:  January 29, 2026;

3. Final Pre-Sentence Report Date:   February 5, 2026;

4. Motion for Correction Date:  February 12, 2026; and

5. Reply Date:  February 19, 2026.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney David Spencer approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on his behalf.

DATED:  November 21, 2025

By   */s/ Todd D. Leras for*
DAVID W. SPENCER
Assistant United States Attorney

DATED: November 21, 2025

By   */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
DANIEL CARDENAS

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE

**ORDER**

The Sentencing Hearing in this matter is continued to February 26, 2026, at 9:00 a.m. The Court adopts the modified Pre-Sentence Investigation Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.


Dated:  November 21, 2025                    /s/ Daniel J. Calabretta
                                             THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE