LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
DANIEL CARDENAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL CARDENAS,<br><br>Defendant. | Case No.: 2:22-cr-0226 DJC<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:    Hon. Daniel J. Calabretta<br>Date:    February 26, 2026<br>Time:    9:00 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney David Spencer and Attorney Todd D. Leras on behalf of Defendant Daniel Cardenas, submit this request to continue the Sentencing Hearing in the above-referenced matter from February 26, 2026 to April 2, 2026.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

Defendant is released on pre-trial conditions to his family home in Stockton.  In early October 2025, Mr. Cardenas was hospitalized due to a serious medical emergency.  He was therefore unavailable to participate in a probation interview late last year. Since his release from the hospital, Mr.  Cardenas suffers from intermittent loss of his voice due to an injury to his larynx.  Defense counsel postponed the probation interview until Mr. Cardenas's voice had sufficient strength for him to participate in the interview.  The probation interview has now been completed.

Due to the delay in completing the probation interview, defense counsel requests additional time to prepare for the Sentencing Hearing.  The government does not object to the requested continuance.  The assigned probation officer has confirmed her availability on the requested date.  The government, defense counsel, and the probation officer propose adjustment of the previously set disclosure schedule as follows:

1.  Draft Pre-Sentence Investigation Report Disclosure Date:  February 19, 2026;

2.  Informal Objections to Draft Pre-Sentence Report:  March 5, 2026;

3.  Final Pre-Sentence Report Date:   March 12, 2026;

4.  Motion for Correction Date:  March 19, 2026; and

5.  Reply Date:  March 26 , 2026.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney David Spencer approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on his behalf.

DATED:  February 2, 2026

By ___/s/ Todd D. Leras for_____
DAVID W. SPENCER
Assistant United States Attorney

DATED: February 2, 2026          By ___/s/ Todd D. Leras_____
TODD D. LERAS
Attorney for Defendant
DANIEL CARDENAS

## ORDER

The Sentencing Hearing in this matter is continued to April 2, 2026, at 9:00 a.m.  The Court adopts the modified Pre-Sentence Investigation Report disclosure schedule proposed by the parties.

Dated:  February 4, 2026          /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE