LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
DANIEL CARDENAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL CARDENAS,<br><br>Defendant. | Case No.: 2:22-cr-0226<br><br>STIPULATION AND ORDER MODIFYING DEFENDANT'S SPECIAL CONDITIONS OF RELEASE TO ADD MENTAL HEALTH TREATMENT CONDITION |

Defendant Daniel Cardenas's case is currently set for a Sentencing Hearing before United States District Judge Daniel J. Calabretta on April 2, 2026.  On August 14, 2025, Daniel Cardenas entered a guilty plea to a single count of conspiracy to distribute and possess with intent to distribute heroin in violation of 21 U.S.C. §§ 846 and 841(a)(1).  He has been released subject to a $50,000 unsecured appearance bond signed by both Defendant Daniel Cardenas and his mother, Maria Cardenas.  (ECF Document 24).  He has been subject to various special and

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

general conditions of release since October 25, 2022.  (ECF Entry 18 and ECF Document 38).

Daniel Cardenas's special conditions of release initially included Special Condition 11, which required drug and/or alcohol testing and medical and psychiatric treatment as determined by the pretrial services officer.  On May 16, 2025, this condition was removed pursuant to a "Consent to Modify Conditions of Release."  (ECF Document 145).  In October 2025, Daniel Cardenas suffered a mental health crisis requiring hospitalization.

On December 23, 2025, the pretrial services officer assigned to Daniel Cardenas's case emailed the parties regarding a potential modification of conditions to add a mental health treatment provision.  Daniel Cardenas voluntarily sought mental health treatment following his mental health crisis.  Pretrial services later determined that Daniel Cardenas's mental health treatment provider could not meet their suggested mental health treatment requirements.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney David Spencer, and Defendant Daniel Cardenas by and through his attorney Todd D. Leras, stipulate to addition of the following modification of Special Conditions of Release as follows:

1. Special Condition of Release 11 – You must participate in a program of medical or psychiatric treatment as approved by the pretrial services officer.  You must pay all or part of the costs of the counseling services based on your ability to pay, as determined by the pretrial service officer.

All other special and general conditions of Defendant Daniel Cardenas's Release Order shall remain in full force and effect.  Assistant U.S. Attorney David Spencer has reviewed this Stipulation and Proposed Order and has authorized via email Todd D. Leras to sign it on his

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

behalf.

DATED: March 4, 2026

By _____*/s/ Todd D. Leras for*_____
DAVID SPENCER
Assistant United States Attorney

DATED:  February 26, 2026

By _____*/s/ Todd D. Leras*_____
TODD D. LERAS
Attorney for Defendant
DANIEL CARDENAS

Co-signer on the $50,000 secured appearance bond has received a copy of this stipulation and proposed order.  She consents to remain as surety under the modified conditions.

DATED:  March 4, 2026                    (*Original Signature in Counsel's File*)
MARIA CARDENAS

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that Special Condition of Release 11 relating to mental health counseling be added to Defendant Daniel Cardenas's Special Conditions of Release.  All other general and special conditions of release imposed by this Court shall remain in full force and effect.

IT IS SO ORDERED.

DATED:  March 6, 2026

_____

HONORABLE CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS