LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
DANIEL CARDENAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL CARDENAS,<br><br>Defendant. | Case No.: 2:22-cr-0226 DJC<br><br>SEALING ORDER<br><br>Date:  April 2, 2026<br>Time:  9:00 a.m.<br>Court:  Hon. Daniel J. Calabretta |

Pursuant to Local Rule 141(b), Defendant's Request to Seal and the Declaration of Attorney Todd D. Leras (including its attached Exhibits) shall be sealed until further order of this Court.

IT IS SO ORDERED.

Dated:  March 31, 2026            /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

SEALING ORDER